UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                        CASE NO. 8:13-CR-354-T-17TGW

ALONZO HERNANDEZ.

_____/

ORDER

This cause is before the Court on:

Dkt. 147    Motion for Recommendation to Bureau of Prisons, with attached Exhibit

Defendant Alonzo Hernandez requests an order to reinforce the Court's recommendation to the Bureau of Prisons at sentencing, in which the Court recommended the 500-hour intensive substance abuse program for drug abuse (Dkt. 109, p. 2). Defendant Hernandez applied for the 500 RDAP, but his application was denied.

After sentencing, Defendant Hernandez' PSR was made available to the Bureau of Prisons. The same information that was available to this Court is available to the Bureau of Prisons.

The attachment to Defendant Hernandez' Motion indicates that Defendant Hernandez initiated administrative review of the decision denying Defendant's application. However, there is additional administrative review available. See 28 C.F.R. Secs. 542.10, 542.13, 542.14, 542.15. A prisoner must exhaust administrative remedies before seeking Sec. 2241 relief. The exhaustion of administrative remedies is jurisdictional. Gonzalez v. United States, 959 F.2d 211, 212 (11th Cir. 1992).

Case No. 8:13-CR-354-T-17TGW

This Court is without jurisdiction to grant relief to Defendant Hernandez because Defendant Hernandez has not exhausted the administrative remedies available to Defendant. The Court therefore denies Defendant's Motion without prejudice. Accordingly, it is

**ORDERED** that Defendant Alonzo Hernandez' Motion for Recommendation to the Bureau of Prisons (Dkt. 147) is **denied without prejudice.**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 11th day of July, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record